# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In the matter of: )
)
DONALD B. LYONS )  Chapter: 13
) Case No.: 14-60296-EJC
Debtor(s) )
)
)
)
)
)

## NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney do not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date  3-9-15                                     _____
                                                  Attorney for Debtor(s)


Lucinda Rauback, Clerk
United States Bankruptcy Court
Southern District of Georgia

[Rev. 122012]

## UNITED STATES BANKRUPTCY COURT
For the Southern District of Georgia

In the matter of: )
**DONALD B. LYONS** ) Case No. **14-60296-EJC**
)
Debtor(s) )

### MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. The Debtor(s) hereby modifies the plan confirmed previously in this case, in the following respects:

   a) Increase payments as follows:

   b) Reduce payments as follows:

   c) Surrender the following property: **2012 Yamaha to Cerastes, LLC, f/k/a Capital One, in full satisfaction**

   d) Other provisions:

2. Debtor(s) asserts as the basis for the modification the following facts:
   **Debtor did not realize the revolving credit account was secured**

3. All general unsecured claims to be paid at the confirmed dividend.

4. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

SS#___xxx-xx-5906___         /s/ Donald B. Lyons
                              Debtor

SS#___xxx-xx-___             /s/
                              Joint Debtor

Dated:_____March 9, 2015

STATE OF GEORGIA

COUNTY OF CHATHAM

## CERTIFICATE OF SERVICE

**I, THE UNDERSIGNED**, do hereby certify that I have served the following person(s) named below pursuant to ECF Local Rule 9 or by mailing a copy of the foregoing **NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION, MODIFICATION OF PLAN AFTER CONFIRMATION,** to the address (es) indicated with adequate postage affixed thereto to ensure delivery:

**O. BYRON MEREDITH III
CHAPTER 13 TRUSTEE
PO BOX 10556
SAVANNAH, GA 31412**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-6<br>Case 14-60296-EJC<br>Southern District of Georgia<br>Statesboro<br>Tue Mar 10 13:39:41 EDT 2015 | ALLY<br>FKA: GMAC<br>P.O. BOX 380902<br>Minneapolis MN 55438-0902 | ALLY<br>P. O. BOX 380901<br>Minneapolis MN 55438-0901 |
| ALTAIR OH XIII, LLC<br>C O WEINSTEIN, PINSON AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 | Ally Bank serviced by Ally Servicing LLC<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ally Financial<br>Attn: Bankruptcy<br>Po Box 130424<br>Roseville MN 55113-0004 |
| BANKCARD SERVICE CENTER<br>P. O. BOX 698<br>Wilson NC 27894-0698 | (p)BB AND T<br>PO BOX 1847<br>WILSON NC 27894-1847 | BB&T, Bankruptcy Section<br>100-50-01-51<br>P.O. Box 1847<br>Wilson, NC 27894-1847 |
| BELK<br>C/O GE MONEY BANKRUPTCY DEPT<br>P.O. BOX 103104<br>Roswell GA 30076-9104 | Branch B&t<br>Po Box 2306<br>Wilson NC 27894-2306 | Barbara B. Braziel-JEB<br>6555 Abercorn Street, Ste. 105<br>Savannah, GA 31405-5721 |
| CAPITAL ONE BANK<br>P. O. BOX 30285<br>Salt Lake City UT 84130-0285 | CAPITAL ONE RETAIL SERVICES<br>P. O. BOX 5893<br>Carol Stream IL 60197-5893 | CERASTES, LLC<br>C/O WEINSTEIN, PINSON & RILEY, P.S.<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| CITI CARDS<br>CUSTOMER SERVICE<br>P.O. BOX 6500<br>Sioux Falls SD 57117-6500 | Cap1/ymaha<br>Po Box 30253<br>Salt Lake City UT 84130-0253 | (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| Lisa Ritchey Craig<br>McCullough Payne & Haan, LLC<br>271 17th Street, NW, Ste 2200<br>Atlanta, GA 30363-6213 | Credit One Bank<br>Po Box 98873<br>Las Vegas NV 89193-8873 | GE CAPITAL RETAIL BANK<br>ATTN: BANKRUPTCY DEPT.<br>P. O. BOX 965060<br>Orlando FL 32896-5060 |
| GE CAPTIAL RETAIL BANK - CHEVRON<br>P. O. BOX 965060<br>Orlando FL 32896-5060 | GECRB/Chevron<br>Attention: Bankruptcy<br>Po Box 103104<br>Roswell GA 30076-9104 | GECRB/Lowes<br>Attention: Bankruptcy Department<br>Po Box 103104<br>Roswell GA 30076-9104 |
| GECRB/PayPal Cr<br>Attn:Bankruptcy<br>Po Box 103104<br>Roswell GA 30076-9104 | GEORGIA DEPT OF LABOR<br>148 ANDREW YOUNG INTL. BLVD. NE<br>SUITE 525<br>Atlanta GA 30303-1734 | GEORGIA DEPT OF LABOR<br>OVERPAYMENT UNIT<br>P. O. BOX 3433<br>Atlanta GA 30302-3433 |
| (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>Philadelphia PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| Donald B. Lyons<br>500 Re Lee Road<br>Pembroke, GA 31321-8259 | O Byron Meredith III<br>P O Box 10556<br>Savannah, GA 31412-0756 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Syncb/belk<br>Po Box 965028<br>Orlando FL 32896-5028 | TRI COUNTY HEALTH SYSTEM<br>P. O. BOX 312<br>Warrenton GA 30828-0312 | United States Attorney<br>P.O. Box 8970<br>Savannah GA 31412-8970 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| BB & T<br>ATTN: BANKRUPTCY DEPT.<br>P. O. BOX 1847<br>Wilson NC 27894 | (d)BB & T<br>ATTN: GENERAL RECOVERY<br>P. O. BOX 1489<br>Lumberton NC 28359 | Citibank<br>Citicorp Credit Services/Attn: Centraliz<br>Po Box 20507<br>Kansas City MO 64195 |
| GEORGIA DEPT OF REVENUE<br>ARCS - BANKRUPTCY<br>1800 CENTURY BLVD, NE, SUITE 9100<br>Atlanta GA 30345 | Portfolio Recovery Associates, LLC<br>c/o Belk Rewards Card<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Chevron And Texaco Credit Card<br>POB 41067<br>Norfolk VA 23541 |
| (d)Portfolio Recovery Associates, LLC<br>c/o Lowes<br>POB 41067<br>Norfolk VA 23541 | (d)Portfolio Recovery Associates, LLC<br>c/o Paypal Smart Connect<br>POB 41067<br>Norfolk VA 23541 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Ally Financial, Inc. f/k/a GMAC, Inc. | End of Label Matrix<br>Mailable recipients 35<br>Bypassed recipients 1<br>Total 36 |

This _____ day of _____, 2015.

6555 Abercorn Street
Suite 105
Savannah, Georgia 31405
(912) 351-9000

\S\ BARBARA B. BRAZIEL
BARBARA B. BRAZIEL
Attorney At Law
Georgia Bar #078775